LUCILLE KOVACH, PLAINTIFF-PETITIONER, v. JOHN E. KOVACH, DEFENDANT-RESPONDENT.

*Mr. Leslie S. Kohn* for the petitioner.

*Mr. Emanuel M. Ehrenkranz* for the respondent.

May 13, 1963.   Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ALEXANDER SEGAL, DEFENDANT-PETITIONER.

See same case below : 78 *N. J. Super.* 273.

*Mr. Frank E. Vittori* for the petitioner.

*Mr. Norman Heine* and *Mr. Albert J. Scarduzio* for the respondent.

May 13, 1963.   Denied.